UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLARENCE MCKELRY,<br><br>       Plaintiff,<br><br>       v.<br><br>LOS ANGELES DEPARTMENT<br>OF TRANSPORTATION, et al.,<br><br>       Defendant. | Case No. 2:26-cv-00285-MWF-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.


Dated: March 30, 2026

MICHAEL W. FITZGERALD
United States District Judge